**CROSNER LEGAL, P.C.**
Zachary Crosner (SBN 272295)
zach@crosnerlegal.com
Michael Crosner (SBN 219705)
mike@crosnerlegal.com
Rex Phillips (SBN 237747)
rex@crosnerlegal.com
433 N. Camden Drive, Suite 40
Beverly Hills, California 90210
Telephone: (310) 496-5818
Facsimile: (310) 510-6429

**LAW OFFICE OF BRENT MARLIS**
Brent Marlis (SBN 284654)
10940 Wilshire Blvd., Suite 1600
Los Angeles, California 90024
Telephone: (310) 431-9355
Facsimile: (310) 473-1175)

Attorneys for Plaintiffs
LORETTA CANNON and TAMBLYN
JOHNSON

Ronald A. Peters (SBN 169895)
rpeters@littler.com
**LITTLER MENDELSON, P.C.**
50 W. San Fernando, 7th Floor
San Jose, CA 95113-2303
Telephone: (408) 998-4150
Facsimile: (408) 228-5686

Shiva Shirazi Davoudian(SBN 232771)
sdavoudian@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for Defendant
PASADENA HOSPITAL
ASSOCIATION, LTD.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA CANNON, as an Individual; TAMBLYN JOHNSON, as an Individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PASADENA HOSPITAL ASSOCIATED, LTD, a California corporation D/B/A HUNTINGTON HOSPITAL; UNIVERSAL BACKGROUND SCREENING, INC., an Arizona corporation, AND does 1-50, Inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-07263-JAK-AFM<br><br>The Hon. John A. Kronstadt Courtroom 10B<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND STAY THE CASE**<br><br>([Proposed] Order filed concurrently herewith) |

Plaintiffs LORETTA CANNON and TAMBLYN JOHNSON (collectively, "Plaintiff") and Defendant PASADENA HOSPITAL ASSOCIATED, LTD, D/B/A HUNTINGTON HOSPITAL ("Defendant") (collectively, the "Parties") hereby jointly notice the Court of settlement of this action and respectfully request that the Court vacate all current deadlines in its Scheduling Order and stay the case pending finalization of settlement between the Parties.

Accordingly, the Parties **STIPULATE**, and respectfully request that the Court **VACATE** all current dates pursuant to its current Scheduling Order and issued as Document Nos. 19, 20, and 23 and to stay the case pending finalization of settlement as set forth below:

1.   The Parties have reached settlement in the above-captioned matter on an individual basis as to each plaintiff Lorretta Cannon and Tamblyn Johnson, respectively, and are in the process of preparing and finalizing a settlement agreement, the terms and provisions of which cannot immediately be executed.

2.   The settlement provides that Plaintiff will dismiss the matter with prejudice upon execution of the settlement agreement, which the Parties anticipate will be completed within 90 days of the filing of this notice and stipulation.

3.   Given that the Parties have reached an agreement to settle this matter in its entirety and given the additional 90 days the Parties are requesting to finalize and execute a formal settlement agreement, the Parties respectfully request that the Court vacate all current dates pursuant to its current Scheduling Order and issued as Document Nos. 19, 20, and 23, and to stay the case at least 90 days to allow the Parties to effectuate execution of a formal settlement agreement and to dismiss this action with prejudice.

//

//

NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND STAY THE CASE

**IT IS SO STIPULATED AND AGREED.**

Dated:  September 3, 2020                    **CROSNER LEGAL, P.C.**

By:   //s// Rex Phillips
        MICHAEL CROSNER
        ZACH CROSNER
        REX PHILLIPS
        Attorneys for Plaintiff
        Loretta Cannon and
        Tamblyn Johnson

Dated:  September 3, 2020                    **LAW OFFICE OF BRENT MARLIS**

By:   / / S / / Brent Marlis
        BRENT MARLIS
        Attorneys for Plaintiff
        Loretta Cannon and
        Tamblyn Johnson

Dated:  September 3, 2020                    **LITTLER MENDELSON, P.C.**

By:   / / S / / Ronald Peters
        RONALD A. PETERS
        SHIVA SHIRAZI DAVOUDIAN
        Attorneys for Defendant
        Pasadena Hospital Association, Ltd.

NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND STAY THE CASE

PROOF OF SERVICE

LORETTA CANNON V. PASADENA HOSPITAL ASSOCIATION, LTD
CENTRAL
DISTRICT Case No. 2:19-cv-07263-JAK-AFM

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 9440 Santa Monica Blvd., Ste. 301, Beverly Hills, CA 90210.

On September 3, 2020, I served true copies of the following document(s) described as

1. **NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND STAY THE CASE**

2. **[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE SCHEDULING ORDER AND STAY THE CASE**

on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☒   By CM/ECF: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☒   BY (Federal) I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the above is true and correct.

Executed on September 3, 2020, at Los Angeles, California.

/s/Stefani McDowell<br>Stefani McDowell

1<br>PROOF OF SERVICE

SERVICE LIST

LORETTA CANNON V. PASADENA HOSPITAL ASSOCIATION, LTD

CENTRAL DISTRICT Case No. 2:19-cv-07263-JAK-AFM


Shiva Shirazi Davoudian Esq.

Ronald A. Peters Esq.

LITTLER MENDLESON, P.C.

50 W. San Fernando, 7th Floor

San Jose, CA 95113

Ph (408) 998-4150

Fax (408) 288-5686

Sdavoudian@littler.com

Rpeters@littler.com


Attorneys for Defendant Pasadena Hospital Association Ltd Dba

Huntington Hospital & Universal Background Screening Inc.

PROOF OF SERVICE